

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00215-CR

---

In Re Duane Ray LaRue, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the petition for writ of mandamus should be dismissed for want of jurisdiction. We therefore dismiss the petition for writ of mandamus for want of jurisdiction. We further order that this decision be certified below for observance.

IT IS SO ORDERED this 9th day of September 2025.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.